IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Save the Peaks Coalition, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>United States Forest Service and )<br>Joseph P. Stringer, in his official capacity )<br>as Acting Forest Supervisor for the )<br>Coconino National Forest, )<br>)<br>Defendants. ) | Case No. CV 09-8163-PCT-MHM<br><br>SCHEDULING ORDER |

On February 2, 2010, a Case Management Conference was held pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. The parties met before the conference in accordance with Rule 26(f) and prepared a Case Management Report. On the basis of the Case Management Conference and the Case Management Report,

**IT IS HEREBY ORDERED**:

1. <u>Deadline for Initial Disclosure</u>: This case is an action for review on the Administrative Record pursuant to the Administrative Procedures Act ("APA") and is therefore exempt from initial disclosure pursuant to Federal Rule of Civil Procedure 26(a)(1)(B)(i).

2. <u>Deadline for Joining Parties and Amending Pleadings</u>: The deadline for Plaintiffs to move to join parties and amend pleadings is **February 12, 2010**.

3. <u>Discovery Limitations</u>:

   a. As an action for review on the Administrative Record pursuant to the APA, no discovery on the merits of Plaintiffs' APA claims shall take place in this case.

   b. The deadline for Plaintiffs to provide declarations on jurisdiction, standing, and their relationship with the Plaintiffs in the *Navajo Nation* case is **February 19, 2010**. To the extent that Federal Defendants and Intervener Defendant undertake discovery with respect to these matters, the deadline for propounding written discovery is **March 12, 2010**. The deadline for conducting any other discovery is **March 26, 2010**.

   c. The deadline for Plaintiffs to respond to written discovery is **14 days** after it is served.

4. <u>Deadlines for Administrative Record</u>:

   a. Federal Defendants will certify and lodge with the Court an electronic copy of the Administrative Record no later than **February 9, 2010**.

   b. Plaintiffs and Intervener Defendant received an electronic copy of the Administrative Record on or before February 3, 2010.

   c. The parties shall resolve any issues regarding the adequacy of the administrative record in advance of the merits briefing.

5. <u>Deadlines for Filing Dispositive Motions</u>:

   a. Plaintiffs' opening summary judgment brief shall be filed no later than **March 12, 2010**. Plaintiffs' memorandum of law in support of its motion for summary judgment shall be limited to **twenty-five (25) pages**.

   b. Federal Defendants' and Intervener Defendant's separate cross-motion and opposition briefs each shall be filed no later than **April 9, 2010**. Federal Defendants' and Intervener Defendant's memorandum of law in support of their separate cross-motions and opposition each shall be limited to **twenty (20) pages**.

   c. Plaintiffs' combined opposition/reply to the Federal Defendants' and Intervener Defendant's briefs shall be filed no later than **April 23, 2010**. Plaintiffs' combined memorandum in support of their opposition/reply to the Federal Defendants' and Intervener Defendant's briefs shall be limited to **twenty-five (25) pages**.

   d. Federal Defendants' and Intervener Defendant's separate replies to Plaintiffs' combined opposition/reply each shall be filed no later than **May 7, 2010**. Federal Defendants' and Intervener Defendant's separate replies each shall be limited to **fifteen (15) pages**.

   e. Pursuant to Local Rule 56.1(c), the admissible facts of this case regarding the merits of Plaintiffs' APA claims are those set forth in the Administrative Record. In accordance with Local Rule 56.1(a), each party filing a motion or

        cross-motion for summary judgment shall file a statement, separate from the motion and memorandum of law, setting forth the material facts on which the party relies in support of the motion.

    f.    The parties shall provide paper courtesy copies to the Court of all exhibits from the Administrative Record that are referenced in their pleadings.

6.    <u>Oral Argument</u>: Oral argument on this matter is set for **June 14, 2010 at 1:30 p.m.** in Courtroom 505, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151.

7.    <u>The Deadlines Are Real</u>: The Court fully intends to enforce the deadlines in the Case Management Order. No extensions to the dispositive motions deadline will be granted due to case processing problems or settlement negotiations. The parties should plan their litigation activities accordingly.

DATED this 5th day of February, 2010.

_____
Mary H. Murguia
United States District Judge